IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-cv-00307-F

| | |
|---|---|
| In re CHANNELADVISOR CORPORATION Securities Litigation | CLASS ACTION |

## ORDER GRANTING JOINT MOTION TO SET SCHEDULE FOR FILING OF LEAD PLAINTIFF'S CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO

WHEREAS, Lead Plaintiff Justin Dice (hereinafter "Lead Plaintiff"), and Defendants ChannelAdvisor Corporation, David Spitz, Scot Wingo and John Baule (hereinafter "Defendants") have filed a Joint Motion to Set a Schedule for Filing of Lead Plaintiff's Consolidated Amended Complaint and Defendants' Response Thereto; and

WHEREAS, good cause exists for such a request.

WHEREFORE, it is hereby ORDERED that (i) Lead Plaintiff will file a Consolidated Amended Complaint not later than August 27, 2015; (ii) Defendants will file their Motion to Dismiss the Consolidated Amended Complaint not later than September 28, 2015; (iii) Lead Plaintiff will file an Opposition to Defendants' Motion to Dismiss not later than October 28, 2015; and (iv) Defendants will file their Reply in Support of the Motion to Dismiss not later than November 17, 2015.

IT IS SO ORDERED THIS the 5 day of August, 2015.

James C. Fox
Senior United States District Judge