UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JUSTIN DICE, individually and on behalf of all others similarly situated, and DAVID A. GARCIA, individually and on behalf of all others similarly situated, Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** No. 5:15-cv-307-F |
| CHANNELADVISOR CORPORATION, SCOT WINGO, DAVID SPITZ and JOHN BAULE, Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants' Motion to Dismiss [DE-50] is ALLOWED. All claims against Defendants are DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This judgment filed and entered on April 6, 2016, and copies to:**
Brooke Albert Howard (via CM/ECF electronic notification)
Jacob A. Goldberg (via CM/ECF electronic notification)
James A. Roberts, III (via CM/ECF electronic notification)
Laurence M. Rosen (via CM/ECF electronic notification)
Phillip C. Kim (via CM/ECF electronic notification)
Erica Lauren Stone (via CM/ECF electronic notification)
Francis Paul McConville (via CM/ECF electronic notification)
Jeremy Alan Lieberman (via CM/ECF electronic notification)
Patrick Vincent Dahlstrom (via CM/ECF electronic notification)
Clifton L. Brinson (via CM/ECF electronic notification)
Donald H. Tucker, Jr. (via CM/ECF electronic notification)
Lyle Roberts (via CM/ECF electronic notification)
Dana Moss (via CM/ECF electronic notification)
George E. Anhang (via CM/ECF electronic notification)

| DATE | JULIE RICHARDS JOHNSTON, CLERK |
|---|---|
| April 6, 2016 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |