FILED: November 30, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1495
(5:15-cv-00307-F)

_____

JUSTIN DICE, individually and on behalf of all others similarly situated; FAOUR CLEMENT, Individually and on Behalf of All Others Similarly Situated

      Plaintiffs - Appellants

and

DAVID A. GARCIA, Individually and on Behalf of All Others Similarly Situated
      Plaintiff

v.

CHANNELADVISOR CORPORATION; SCOT WINGO; DAVID SPITZ; JOHN BAULE

      Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                  /s/ PATRICIA S. CONNOR, CLERK