FILED: December 22, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1495
(5:15-cv-00307-F)
_____

JUSTIN DICE, individually and on behalf of all others similarly situated; FAOUR CLEMENT, Individually and on Behalf of All Others Similarly Situated

    Plaintiffs - Appellants

and

DAVID A. GARCIA, Individually and on Behalf of All Others Similarly Situated
    Plaintiff

v.

CHANNELADVISOR CORPORATION; SCOT WINGO; DAVID SPITZ; JOHN BAULE

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 11/30/2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*